JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, a California Limited Liability Company d/b/a SPECK PRODUCTS,<br><br>Plaintiff,<br><br>v.<br><br>DURGA KARKI, an Individual; SANDEEP KC, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV12-03475 GAF (AJWx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANTS DURGA KARKI AND SANDEEP KC** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction ("Stipulation"), and separate Settlement Agreement between Plaintiff SPECULATIVE PRODUCT DESIGN, LLC ("Plaintiff"), on one hand, and Defendants DURGA KARKI and SANDEEP KC (collectively referred to as "Defendants"), on the other, hereby ORDERS, ADJUDICATES and DECREES

that a permanent injunction shall be and hereby is entered against Defendant in the above-referenced matter as follows:

1.     **PERMANENT INJUNCTION.**  Defendant and any person or entity acting in concert with, or at the direction of them, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

    a.     importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of SPECK's Trademarks and Copyrights, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of SPECK's Trademarks and Copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

    b.     performing or allowing others employed by or representing Defendants, or under their control, to perform any act or thing which is likely to injure Plaintiff, any of SPECK's Trademarks and Copyrights, and/or Plaintiff's business reputation or goodwill, including making disparaging, negative, or critical comments regarding Plaintiff or its products;

    c.     engaging in any acts of federal and/or state trademark and/or copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

    d.     using any Internet domain name or website that includes any of Plaintiff's Trademarks and Copyrights, including the SPECK® marks and works.

2. Defendants are ordered to deliver immediately for destruction all unauthorized products, including counterfeit SPECK® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, to the extent that any of these items are in Defendants' possession.

3. This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

4. Defendants will be making an agreed-upon payment to Plaintiff, as more particularly described in a separate Settlement Agreement

5. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction.

6. **NO FEES AND COSTS.** Each party shall bear its/his/her own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED and DECREED this 26th day of June, 2012.

_____
HON. GARY A. FEESS
United States District Judge
Central District of California